IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SOUTH SIOUX CITY, NEBRASKA,<br><br>             Plaintiff,<br><br>  vs.<br><br>BIG OX ENERGY-SIOUXLAND, LLC, BIG OX ENERGY, INC., 2014 ACQUISITIONS 10 LLC, WELLS FARGO TRUST COMPANY, N.A., FEDERATED MUTUAL INSURANCE COMPANY, FEDERATED LIFE INSURANCE COMPANY, FEDERATED SERVICE INSURANCE COMPANY, ASSURITY LIFE INSURANCE COMPANY, CATHOLIC ORDER OF FORESTERS, NASSAU LIFE INSURANCE COMPANY, and PHL VARIABLE LIFE INSURANCE COMPANY,<br><br>             Defendants. | 8:21CV21<br><br><br>ORDER |

This matter is before the Court on defendants' motions to dismiss, Filing Nos. 12 and 15. Following the filing of these motions, plaintiff filed an amended complaint, Filing No. 39. Upon review, the Court finds that these motions (Filing Nos. 12 and 15) are now moot, as new motions have been filed relating to the amended complaint.

Therefore, it is ordered that defendants' motions to dismiss, Filing Nos. 12 and 15, are denied as moot.

Dated this 12th day of April, 2021.

                                                       BY THE COURT:

                                                       s/ Joseph F. Bataillon
                                                       Senior United States District Judge