IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SOUTH SIOUX CITY, NEBRASKA,<br><br>    Plaintiff,<br><br>vs.<br><br>BIG OX ENERGY-SIOUXLAND, LLC, BIG OX ENERGY, INC., 2014 ACQUISITIONS 10 LLC, WELLS FARGO TRUST COMPANY, N.A., FEDERATED MUTUAL INSURANCE COMPANY, FEDERATED LIFE INSURANCE COMPANY, FEDERATED SERVICE INSURANCE COMPANY, ASSURITY LIFE INSURANCE COMPANY, CATHOLIC ORDER OF FORESTERS, NASSAU LIFE INSURANCE COMPANY, and PHL VARIABLE LIFE INSURANCE COMPANY,<br><br>    Defendants. | 8:21CV21<br><br>ORDER |

This matter is before the Court on defendants' motion to stay clerk's issuance of transmittal letters and motion for relief pursuant to Fed. R. Civ. P. 59(e) and 60(a). Filing No. 71. The Court has carefully reviewed the motion and declines to stay the transmittal letters, or to further review its Memorandum and Order, Filing No. 70.

THEREFORE, IT IS ORDERED THAT defendant's motion to stay clerk's issuance of transmittal letters and motion for relief pursuant to Fed. R. Civ. P. 59(e) and 60(a), Filing No. 71, is denied.

Dated this 9th day of December, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge